%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

FILED

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

2008 MAR -4 AM 9:54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America )
v. )
Maurice L. Broyles ) Case No: 1:99CR180
) USM No: 37245-060
Date of Previous Judgment: February 1, 2000 ) FPD NDO
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __145__ months is reduced to __110__.

**1. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __28__        Amended Offense Level: __26__
Criminal History Category: __V__      Criminal History Category: __V__
Previous Guideline Range: __130__ to __162__ months    Amended Guideline Range: __110__ to __137__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence exceeds the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated __2/1/2000__ shall remain in effect.
IT IS SO ORDERED.
Order Date: __3-4-08__

Judge's signature

Effective Date: _____
(if different from order date)

Solomon Oliver Jr. - U.S. District Judge
Printed name and title

X

110 145 X

26 / IV 28 / IV

137 110 162 120

2/2/2000

3-4-08

Solomon Oliver Jr.-U.S. District Judge